# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THE CINCINNATI INDEMNITY      CASE NO.: 4:24-cv-00010-MW-MAF
COMPANY,

     Plaintiff,

v.

DOUGLAS K. CANNON,
VIRGINIA M. CANNON
and DK CANNON, INC.,

     Defendants.

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff The Cincinnati Indemnity Company, by counsel and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby dismisses the subject action without prejudice. This notice of dismissal without prejudice is filed without a court order before any opposing party has served either an answer or a motion for summary judgment.

I HEREBY CERTIFY that on the 6th day of March, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

_/s/ David A. Glenny_
David A. Glenny
Florida Bar No.: 371807
DGH LEGAL, PLLC
1333 S.E. 25th Loop, Suite 101
Ocala, Florida 34471
(352) 732-2255 - phone
(352) 351-0166 - fax
glenny@dghlegal.com
*Attorney for Plaintiff The Cincinnati Indemnity Company*