# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

THE CINCINNATI INDEMENITY COMPANY,

        Plaintiff,

v.                                         CASE NO. 4:24cv10-MW/MAF

DOUGLAS K. CANNON, et al.,

        Defendants.

_____/

## JUDGMENT

This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

                                            JESSICA J LYUBLANOVITS, CLERK OF COURT

March 6, 2024                               s/*Samantha Buckhalt*
DATE                                               DEPUTY CLERK